```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CRIMINAL NO. 08-50075-001           USA v. JUAN CARRILLO

COURT PERSONNEL:                    APPEARANCES:

Judge: JIMM LARRY HENDREN           Govt. KENNY ELSER

Clerk: GAIL GARNER                  Deft. JACK KEARNEY/JOEL HUGGINS

Reporter: THERESA SAWYER            Int: MARIA ABDIN (STANDBY)


**<u>SENTENCING MINUTE SHEET</u>**


   On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted as stated.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    240 months imprisonment; 3 years supervised release; $50,000.00 fine - interest waived.

Criminal No. 08-50075-001

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to pay total special assessment of $100.00, for count 2, which shall be due immediately.
- (X) Counts 1, 3, 4 and 8 and criminal forfeiture allegation dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Appeal packet provided.
- (X) Defendant remanded to custody of USMS.

DATE: SEPTEMBER 3, 2009          Proceeding began: 8:47 am

                                          ended:10:36 am